UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2460-JFW (AFMx)**                                   Date: September 19, 2016

Title:     Norman Okazaki -v- Amigo Ability International, Inc., et al.

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**               **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

      In the Court's Scheduling and Case Management Order ("CMO") filed on April 26, 2016 [Docket No. 14], the Court set September 19, 2016 as the last day to conduct a Settlement Conference, and September 26, 2016 as the last day to file a Joint Report Re: Results of Settlement Conference.  Based on the Stipulation for Continuance of Trial and Pre-Trial Dates Set Forth in Scheduling Order filed on September 16, 2016 [Docket No. 41], the parties have violated the Court's CMO by failing to conduct the Settlement Conference by the Court-ordered deadline of September 19, 2016.

      Accordingly, the parties are ordered to show cause in writing by **September 23, 2016** why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties for their violation of the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

      IT IS SO ORDERED.

Initials of Deputy Clerk __sr__