JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2460-JFW (AFMx)**                                        Date: November 21, 2016

Title:      Norman Okazaki -v- Amigo Ability International, Inc., et al.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**      ORDER OF DISMISSAL

      In the Notice of Settlement filed on November 18, 2016, Dkt. No. 63, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before December 19, 2016.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until December 19, 2016.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 1/14/15)